**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 04-CR-20065-SEITZ

LEEBERT RAMCHARAN,

    Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Mycki Ratzan, Esq. of RATZAN & FACCIDOMO, LLC, Attorneys at Law, 1450 Brickell Avenue, Suite 2600, Miami, Florida 33131, hereby files this Notice of Appearance on behalf of Defendant, Leebert Ramcharan, in the above-captioned case.

UNDERSIGNED COUNSEL REQUESTS that the Clerk of this Court continue forwarding to the Defendant, Leebert Ramcharan, and now undersigned, copies of all pleadings and other documents filed in the above-captioned matter, and further

**IT IS HEREBY** requested that the Clerk of this Court promptly notify the Defendant, and the undersigned of the time, date and place of the arraignment and all hearings, reports, status conferences, soundings and of the trial.

[SEE FOLLOWING PAGE]



1450 Brickell Avenue, Suite 2600, Miami, FL 33131-2342
**Tel.** 305.374.5730 | **Fax.** 305.374.6755

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing was tendered via CM/ECF to the Clerk of Courts this 6th day of November 2020.

Respectfully submitted,

RATZAN & FACCIDOMO, LLC.
ATTORNEYS AT LAW
1450 Brickell Avenue
Suite 2600
Miami, Florida 33131
305 374-5730
305 374-6755 Fax
Mycki@rflawgroup.com

By:   /s/ Mycki Ratzan
MYCKI RATZAN, ESQUIRE
Florida Bar No. 915238
